UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

-----------------------------------------------------------X

Jason M. Rund, Chapter 7 Trustee of the Estate of
Transworld Freight Systems, Inc.

                        Plaintiff,

v.                                                                            Miscellaneous Proceeding
                                                                              No.: 09-00501
Richard Altman

                        Defendant.

-----------------------------------------------------------X

**AMENDED APPLICATION FOR WAGE EXECUTION**

Pursuant to Rule 69 of the Federal Rules of Civil Procedure and section 52-361a of the Connecticut General Statutes, Jason M. Rund, Chapter 7 Trustee for the Estate of Transworld Freight Systems, Inc. through his undersigned counsel, hereby applies for the issuance of a wage execution, and in support of this application, makes the following representations:

1.      On March 24, 2009, judgment entered in an action in the United States Bankruptcy Court for the Central District of California against Richard Altman (the "Judgment Debtor") in the amount of $27,700.00. A Certification of Judgment for Registration in Another District in connection that judgment (the "Judgment") is attached hereto.

2.      Richard Altman has made no payments in connection with the Judgment, and Jason M. Rund, Chapter 7 Trustee for the Estate of Transworld Freight Systems, Inc. has received no payments pursuant to the Court's Judgment.

3.      As of the date of this Application, the total amount of the unpaid Judgment is $27,700.00.

4.      The last known employer of the Judgment Debtor, IJS Global, Inc., 5 High Ridge Park, Suite 100, Stamford, CT 06905.

Dated this 3rd day of September, 2009.

_____
Richard H. Agins, Esq.  ct 25552
Sigman & Rochlin, LLC
100 Pearl Street, 14th Floor
Hartford, CT  06103
Attorney for the Plaintiff