UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

-----------------------------------------------------------X

Jason M. Rund, Chapter 7 Trustee of the Estate of
Transworld Freight Systems, Inc.
         Plaintiff,

v.                 Miscellaneous Proceeding
                   No.: 09-00501

Richard Altman
         Defendant.

-----------------------------------------------------------X

## WAGE EXECUTION

To the marshal of the District of Connecticut or to any person authorized to serve process under the Federal rules of Civil Procedure - GREETINGS:

**WHEREAS** Jason M. Rund, Chapter 7 Trustee for the Estate of Transworld Freight Systems, Inc. on the 24th day of March, 2009, recovered judgment against the judgment debtor, Richard Altman, whose last known address is 149-10 183rd Street, Jamaica, NY 11413-4035 before the United States Bankruptcy Court of the Central District of California for the sum of $27,700.00 as appears of record;

**AND WHEREAS**, the said judgment debtor, Richard Altman, failed to comply with said judgment, as appears of record by the application of Jason M. Rund, Chapter 7 Trustee for the Estate of Transworld Freight Systems, Inc., moving that this execution issue;

**AND WHEREAS**, execution remains to be done in respect of the total unpaid judgment in the amount of $27,700.00;

**NOW THEREFORE**, by the authority of the United States of America, **YOU ARE COMMANDED**, that of any amount of debt accruing by reason of the judgment due said Jason

M. Rund, Chapter 7 Trustee for the Estate of Transworld Freight Systems, Inc., as may not exceed the amount of execution as calculated in the attached "Wage Execution Notice to Employer," within your precinct or jurisdiction, you shall cause to be levied, paid, and satisfied unto the said Jason M. Rund, Chapter 7 Trustee for the Estate of Transworld Freight Systems, Inc. with interest from the said date of judgment on the total unpaid judgment to the date when this execution is satisfied, and your own fees; and

**YOU ARE FURTHER COMMANDED** to serve with this execution two copies of the accompanying "Wage Execution Notice to Employer" and Wage Execution Exemption and Modification Claim form upon Judgment Debtor Richard Altman, whose last known employer is IJS Global, Inc., 5 High Ridge Park, Suite 100, Stamford, Connecticut 06905; and to make service hereof within one year of this date, and due return hereof with your doings thereon, within thirty days from satisfaction hereof.

Dated at Bridgeport, Connecticut