UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

-----------------------------------------------------------X

Jason M. Rund, Chapter 7 Trustee of the Estate of
Transworld Freight Systems, Inc.

                                Plaintiff,

v.                                              Miscellaneous Proceeding
                                                            No.: 09-00501

Richard Altman

                                Defendant.

-----------------------------------------------------------X

## CERTIFICATE OF SERVICE

On September 15, 2009 copies of the Amended Application for Writ of Execution and the Wage Execution were served by first class mail upon:

Richard Altman
149-10 183rd Street
Jamaica, NY 11413-4035

IJS Global, Inc.
5 High Ridge Park, Suite 100
Stamford, CT 06905

and

United States Marshal for the District of Connecticut
Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510
Attn.: Andrea Whitfield

                                                  By: _____
                                                  Richard H. Agins, Esq. (ct25552)
                                                  Sigman & Rochlin, LLC
                                                  100 Pearl Street, 14th Floor
                                                  Hartford, CT 06103
                                                  Tel.: (860) 828-2138
                                                  Fax.: (860) 218-9659