UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

-------------------------------------------------------X

Jason M. Rund, Chapter 7 Trustee of the Estate of
Transworld Freight Systems, Inc.
                              Plaintiff

v.                                                 Miscellaneous Proceeding
                                                      No.: 09-00501

Richard Altman
                              Defendant

-------------------------------------------------------X

### ORDER ON MOTION FOR ADMISSION OF
### SCOTT C. CLARKSON AS COUNSEL *PRO HAC VICE*

AND NOW, upon consideration of the motion of Jason M. Rund by his counsel, Richard H. Agins, for admission *pro hac vice* of Scott C. Clarkson, and no objections having been filed thereto, it is hereby

ORDERED that the Motion is GRANTED, and that Scott C. Clarkson of Torrance, California, is admitted *pro hac vice* in the above referenced miscellaneous proceeding with Richard H. Agins as local counsel; and it is further

ORDERED that Richard H. Agins is excused from further appearances in the above referenced miscellaneous proceeding.

Dated: September 18, 2009                           By the court

Bridgeport, Connecticut                             Alan H. W. Shiff
                                                                 U. S. Bankruptcy Judge