UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

---------------------------------X
Jason M. Rund, Chapter 7 Trustee
Estate of Transworld Freight
Systems, Inc.,

        Plaintiff,        Miscellaneous Proceeding
                              No: 09-00501
V.

Richard Altman,

        Defendant
---------------------------------X

NOTICE OF APPEARANCE

Defendant herein, Richard Altman, hereby enters his appearance Pro Se.

Dated: Bridgeport, CT
      November 3, 2009

By: _____
Richard Altman
c/o IJS
5 High Ridge Park, Ste 100
Stamford, CT 06905
(203) 504-9771

FILED 2009 NOV -3 PM 3:26